*J. Howard Rossbach, Florence M. Kelley, Anthony Marra* and *Martin Erdmann* for appellant.

*Frank S. Hogan, District Attorney* (*Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

GILDA VIRGA et al., Appellants, *v.* ELIZABETH CERVIERI, Respondent, et al., Defendants.

Argued December 3, 1954; decided December 31, 1954.

*Clarence A. Baracks* for appellants.
*Walter B. Solinger, II,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.